IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02515-RPM-MJW

VICTOR STANTON,

Plaintiff(s),

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion for Entry of Confidentiality Order (docket no. 8) is GRANTED. The written Confidentiality Order is APPROVED and made an Order of Court.

Date: March 23, 2007